TOMMY ELM AUTO SUPPLY AND SERVICE STATION, INCOR-
PORATED, a New Jersey Corporation, complainant,

v.

NORTH JERSEY BUS COMPANY, INCORPORATED, a New Jersey
corporation, defendant.

Appeal of PHILLIPS OIL COMPANY and FIRESTONE SERVICE
STORES.

[Submitted October 20th, 1936. Decided January 28th, 1937.]

*Messrs. Davies & Davies* (*Mr. Frank J. Davies,* of counsel),
for Phillips Oil Company.

*Mr. Reuben P. Goldstein,* for General Creditors, &c.

*Mr. Harry Levin,* for Firestone Service Stores.

*Mr. Edward F. Merrey,* for Stanley L. Mortlock, receiver.

PER CURIAM.

These appeals are from certain orders of the court of chan-
cery affirming the receiver of North Jersey Bus Company,
Incorporated, in his determination that appellant Phillips
Oil Company and appellant Firestone Service Stores are not
entitled to liens under the provisions of the Garage Keepers'
Lien act (*Cum. Supp. Comp. Stat. 1930* ¶¶ *135-46, 135-47*),
and that their claims be allowed only as general claims against
the estate of the North Jersey Bus Company, Incorporated.

A careful consideration of the evidence leads us to the con-
clusion that the court below was correct in its findings of law
and fact and the orders appealed from are affirmed.

For affirmance—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   14.

For reversal—None.